Mr. Burns May it please the court. My name is Timothy Burns for the appellant Elizabeth Taylor This case poses several questions Can an ALJ bases RFC findings on only portions of a doctor's report? Must an ALJ Consider all non-medical opinions and should an ALJ take into account the ADLs completed with assistance Are not the same as work. In this case, the ALJ is the suit. I'm sorry, what's? What's? ADLs. Sure, activities of daily living. Thank you. No problem. In this case The ALJ ignored the entirety of Dr. Barrow, the consultative examiner's report failed to mention the findings of a case conference omitted key details from the teacher's report and Assured us that a 19 year old who needed reminders to use soap in the shower was capable of independent work This is not substantial evidence Regarding Dr. Barrow's report Dr. Barrow, well an ALJ is required to mention all medical source statements in file in this case The ALJ not only didn't mention. Dr. Barrow's finding that she would have Diminished or that she had markedly diminished concentration and working memory He did he didn't mention those things, but he did consider parts of Dr. Barrow's Opinion or a report when he said or made his decision Barrow noted that she had sustained focus and concentration Appear markedly diminished and that she had quote a markedly diminished working memory. In Campbell This court ruled that an ALJ cannot pull certain details of a report and ignore the other parts of the report And that's exactly what the ALJ did here He took the full-scale IQ score of 75 and just and determined that that meant the person was capable of simple repetitive work Similarly in Varga the case noted that some are the court noted that simple repetitive work is not all inclusive of all the impairments that a person might have limitations In this case simple repetitive doesn't account at all for markedly diminished diminished working memory We know from the further evidence that I'll get to in a minute that she had problems with things like simple instructions according to a couple different reports Now in this case the Commissioner argues that the ALJ didn't need to mention these findings because the ALJ relied on the findings of the the reviewers for the Disability Determination Bureau yet the regulations require the ALJ to mention medical source statements not not the very overworked people working for the Disability Office There's also a question in the briefing about whether Dr. Barrow Dr. Barrow's statements represent a finding or an opinion 4.4.15.27a2 tells us when it defines medical source statements that those are statements which reflect judgments about the nature and severity including symptoms and diagnosis regarding limitations of what you can still do Barrow's findings or Barrow's opinion here about the is about the nature and severity of what he determined from his testing In the second case And this is where we we delve into more of the credibility type issues that this decision which are manifest The judge or the ALJ ignored the case conference and IEP meeting that Elizabeth had prior to graduation from high school Although it noted in our briefing. She didn't really graduate from high school. She thought she got a diploma But she got a certificate of completion She he also Failed to note the findings of many of the findings of Miss Kelly who was her teacher who completed a report In these reports from the teachers from the folks at school We find that she's not independent at all and getting around day to day She needs help picking out her clothes she needs help doing her hair Miss Kelly noted that she was that she gets tired easy and needs prompting cannot follow simple instructions. It's also something. Dr. Barrow noted The ALJ only mentioned a Few lines from Miss Kelly's report including the line that she's quote pretty independent which the rest of Kelly's report seems to belie He didn't mention at all the case conference where they performed an individual educational plan an IEP and in that IEP We find out that she needs walk to class That she's her goal is to look for a part-time job. Not a full-time job She's not on an academic graduation path of track and they they then set future goals for her that she would pick out her own clothes She would learn how to use money at a store and learn how to keep track of time so that she can complete her tasks None of these findings appear in the ALJ's decisions He didn't discuss any of them and yet he assures us again that she's independent in her ability to do these things This court noted in Hughes and Judge Posner discussed it earlier today That ADL's Cooking cleaning are not the same as work and yet here we find that the fact that she can make macaroni and cheese Do some vacuuming around the house with her mother's help? We find that these are the things that the ALJ credits with her supposedly being able to work It seemed to me that she was being punished for having a support system She has a librarian where she does the volunteer work. She has a teacher's an hour a week an hour a week Yes an hour a week where she she goes in and basically according to Elizabeth chitchats with with the librarian And yet with this support system Who helps her who cares for her the ALJ sort of in a sense punishes her for having that by saying well Look, she gets stuff done not noting that she doesn't get stuff done without other people really walking her through it The record is full of this. She couldn't answer questions at the S at the initial evaluation for SSA The teachers noted she needed walk to new classes just so she would know where the class was and could and could participate Dr. Barrow, as I said noted follow problems following simple instructions and at the hearing and the ALJ gives and the Appellant or Pele excuse me gives a lot of credit to the fact that she answered questions But she didn't answer those questions correctly often She indicated she graduated from high school when she didn't she indicated she didn't know how tall she was or how much she weighed But you know, she's pretty cooperative and compliant. Is that I you're well from being at that hearing. I would say yes she is She's a remarkably nice young woman I think that comes through in the in the testimony that she was trying to be as as helpful as possible When she was answering these questions She admitted to not knowing how to text not knowing how to mail a letter not knowing how to Not understanding money and needing help from her mom to shampoo her hair to cook macaroni and cheese and to perform simple household tasks, so Every adult in file in this case Notes that she has problems completing things independently Miss Morales the librarian. She goes she wouldn't even give her more than the hour a week The case conference said she should have a goal of part-time work But she should still live at home and miss Kelly noted that her mother has to do her hair and pick out her clothes Thank you, okay. Thank you. Thank you. Mr. Mr. Burns miss Siegel Good morning, your honors. My name is Catherine Siegel. I represent the Commissioner of Social Security in this case The ALJ Considered a variety of different reports and evidence in  So is it your view that because she works? One hour a week in the library. She can work 40 hours a week in the library Your honor the ALJ considered the answer my question The ALJ that your view no, no, that's not asking you. No, that's not my if she can work one hour a week In a library she worked 40 hours a week in the library. No, that's not the so what can she do? The the ALJ found that she could do simple repetitive tasks what's a machine feeder a machine feeder is a one-step job that the vocational expert identified as What is it it well you you it is basically what you would think it is It's a machine you take one thing and feed it into I've never heard the term What's the machine? Well, the the DOT describes it as a Job that you take an object and you feed it into the machine. It's it's something basically that starts up an automated production The the production doesn't start Something in the machine eats your hand or what? No, not in this particular instance because the the vocational expert actually considered Dangerous hazards it to not you know, well, it says all the ALJ says is machine feeder Okay, and there are about 4,000 jobs, so there's a lot of medium exertional level She capable of a medium exertional level She's probably based on one of them it Well, there aren't any Doctors that limit her to less than a medium level In fact the doctor that did an assessment of her physical capacity found She didn't have any exertional restrictions based on an impairment now We're not talking about her body habitus as a as a 5 foot 4, you know, 130 pound woman whether she can do medium work it's whether her impairments cause a restriction to Wait, I understand you're saying when when you're considering whether she's capable of this work No, we do know she there when she went through an evaluation a physical evaluation the Feed-in to a machine It could be a piece of paper. It could be a wire. It could be, you know, something that you're laminating There any number of different types of machine feeder jobs. There were 4,000 She can only feed particular types of Into little machines Well, the vocational expert did talk about the machine feeder job as being something that accommodated the restrictions that the the ALJ set forth And those included quite a few restrictions that were not just from medical reports. They were also teacher evaluations What's an assembler an assembler? That's the second job that the ALJ mentioned It's a factory type job where they put things together What is there in her background suggests that she can Assemble stuff in a factory working again. It's a we're talking about a one-step job Factory and is there any any indication that? She can maintain focus on a task for more than an hour without supervision to keep that focus the the Assessment that was done by the State agency of psychologists found that she could sustain focus a long enough to do complete tasks Did that did that psychologist examine her? No, he based the findings on Evaluations from her teachers and from statements that she made and then also from why she worked in just one hour She has this capacity one hour a week Why is she just working one hour a week You are you are thinking of her? Yeah as being able to work 40 hours a week, aren't you? Yes Now as being a machine feeder Is that less or more strenuous than? Doing whatever she does in an hour for once Whatever she does in the library strenuous in terms of physical capacity Is that what you're asking? Yeah Yes, because it's classified at a higher exertion level. I would imagine her library job Well, actually though she said she she stacked books on shelves and things too So it might be about the same because she yes But there's a difference between doing something an hour a week and 40 hours certainly your honor And that's that's why when the 40 fold difference right when the ALJ considered that she could work in a library 40 hours a week That's not what the vocational expert testified about the vocational expert testified I'm asking you do you think she can work 40 hours a week in a library? It doesn't matter what I think I'm asking you matters to me. So you tell me what you think Possibly. Yes, I think she could I mean why do you list that as a job? Because he was relying on vocational expert testimony not I know why didn't the vocational experts say? Well, if she can work if you can be a medium machine feeder Factory all day. Yeah, surely you can work in a library all day The claimants attorney didn't ask the vocational expert about the library job So that's why there wasn't any testimony about it by the vocational expert the vocational expert was asked a hypothetical question with lots of restrictions including a restriction to an academic level of a fourth or fifth grade and Are you saying that her lawyer asked about Whether she could be a machine feeder The ALJ asked a hypothetical question to the vocational expert and then she identified. You're not answering my question You said the claimant you asked me whether the claimant asked about the machine feeder The claimants attorney did not ask whether the library job could be performed at 40 hours The testimony given that it's her only work. Why wouldn't you expect a vocational expert? to say well, of course she can She can be a machine readers and machine feeder, etc. And of course, she just work in the library the the ALJ considered the the I'm asking you why the Vocational expert didn't mention the libraries as a job for her because he was not asked about it She was not asked about it. She was not asked about so the minute Why didn't the administrative law judge ask him about it because her only job he was not equating the job of a librarian That she did for one hour with full-time work But if she has a way of considering whether she was able to look we're talking about 40 hour a week jobs Right now if she can be worked 40 hours a week in a factory Why can't she work with no experience in factory work, why can't she work 40 hours a week in a library? There's no indication that she didn't work 40 hours a week in a library because she was unable to she was working One hour a week in a library because it was a volunteer position that she got through like her high school's vocational rehabilitation program So it wasn't even a real job. Could I ask you a couple questions about the ALJ's opinion? Yes I'm troubled that he referred to Ms. Taylor as a male at a couple of points Which at least Makes me worry Well makes me worry about how much attention was paid. I understand that there's a high volume operation, but it troubles me I'm also troubled by The references to her as a high school graduate She testified she's a high school graduate no real comment on that and then on the last page of the opinion About the vocational expert Opinion taking into account that the claimant is a high school graduate that may have lower levels of reading and math That seems like an extraordinary exaggeration of her ability and understatement of her impairments Your honor the teacher evaluation Talked about her having being at the in in the twelfth grade. She finished high school But that she was doing reading and math at the fourth and fifth grade levels She's doing instructional level at fourth fifth and seventh grade levels and the ALJ Included that fourth and fifth grade level in the hypothetical question to the vocational expert to make sure that the vocational expert Understood the extent of her limits. He did not say that she was at a high school level in academic instruction It was completed 12 years of education Had fourth and fifth grade levels that were considered for math and reasoning. So what was the relevance of her being a high school graduate? The Ability to show up and complete a program and that's that is here's what that teacher said Lizzie's family still helps her get ready each day for school. She doesn't even know how to match her clothes or put up her hair That's right And that's something that her teacher said when she was in high school when she was 17 later on it during the testimony when she was 19 and a little bit older, but ALJ asked her about that and Asked her whether she was able to do that on her own or whether she needed a list to remember all the different grooming things that she needed to do and she said that sometimes She needed help and sometimes she did it on her own from memory and she testified about that Pardon me, that's not good enough If you work in a factory, you can't say well sometimes Sometimes I can feed this stuff into the machine and sometimes I can it's a one-step job It's the lowest level of reasoning. It's number. It's lowest level of reasoning math and and language abilities It's much less than then doing things that are more complex like like Just have you ever seen a machine feeder? I have never personally seen a machine feeder But the vocational expert has she had 35 years of experience and she took into account all of the restrictions that were reasonably Supported by the record and and she identified 4,000 jobs as a machine feeder number and where does that number come from? Pardon me? Where does that number come from? She she testified that it came from her years of experience placing jobs Statistics though. She's guessing No, she said she did not know her experience there are no statistics She's guessing she was a vocational rehabilitation. Yes, but there are no statistics But she would actually place people in job. Yeah, but she doesn't know whether there are 4,000 jobs No, she said she did that was her testimony that she had 35 years know anything about the how the vocational experts operate and how they how they make their Recommendations and what access they have to statistics. Yes, your honor I actually do because I attended a conference in October that had vocational experts that talked about what they rely on and they actually do Work as rehabilitation counselors in the field and they place people in actual job No, the question is number of factors how they know the number of jobs They they know that he has a certain number of jobs published statistics Published on these on something like number of machine readers feeders in a particular locale What what this book? Are there published statistics on the number of job? You know opportunities in particular locales I'm sure there may be our Census Bureau in this statistics for the country, right? Statistics, but in this particular case, she talked about her 35 years of experience. Not for towns You don't learn by 35 years The claimant lived in a suburb of Indianapolis 3,000 jobs or 5,000 jobs as a machine feeder the the claimant lived in a suburb of Indianapolis and The vocational expert identified jobs that were in the state of Indiana 4,000 jobs as a vocational expert. She places people in how does she derive the number 4,000? She sees the factory has the number knows the number of jobs in the factories I mean in this particular says she did not testify about that because the claimant's attorney didn't ask her about it But in other cases, I have seen that the vocational experts are challenged on the jobs. They'll say I Know this factory has this many jobs here. The ALJ was allowed to accept the bottom line number of her 4,000 jobs that she identified because the Claimant's attorney had an opportunity to challenge it. He did he asked how she arrived at the number She said I used my 35 years of experience in the field and that was accepted and they moved on That is allowed that is something that under the Donahue case Recognized this this court recognized that an ALJ is allowed to accept a bottom line number from a vocational expert When when there's testimony we have questions I am aware of that your honor Okay. Well, thank you very much. Mr. Eagle and mr. Burns Briefly your honor The question about the VE testimony It goes back to the Varga case that I did know that I referenced earlier The testimony about simple repetitive tasks, even if it's limited to fifth grade and fourth grade this it's almost boilerplate in these hearings it means almost nothing, it's just a Instruction to a VE to limit stuff to SVP jobs SVP 2 or less How that accounts for a simple repetitive limitation for a woman who can't actually Independently do the things she's supposed to do. I it doesn't in this case. They needed a specific vocational question and it didn't get it The library job Was something I didn't ask about because miss Morales said she wouldn't give her any more time I wouldn't ask about that at the hearing. Why would I? Could she work 40 hours a week the person who who was supervisor said she couldn't work more than one hour a week So I didn't I didn't bring that up and I think it's an instant miss Miss Morales is an important factor here. We are talking about the simplest work We're talking about a fixing labels and this this lady needed instructions from her mom written instructions From her mom to remember how to do that every week and her supervisor said I wouldn't even give her any more time or any more Responsibilities and I think as I thought when I was doing this case at the hearing That is the most telling issue of all we tried work she couldn't do it. Thank you Okay. Well, thank you very much to both counsel next